DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PIERRELINE JEANBAPTISTE,**
Appellant,

v.

**GREGORY VALCOURT,**
Appellee.

No. 4D13-3047

[November 18, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Laura M. Watson, Judge; L.T. Case No. 11-9429 FMCE.

Donna P. Levine of Levine & Susaneck, P.A., Palm Springs, for appellant.

Nancy A. Hass of Nancy A. Hass, P.A., Hallandale Beach, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, STEVENSON and FORST, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*